IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOE WILLIE REESE, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:09cv277-TMH |
| D.T. MARSHALL, *et al.*, | ) |
| Defendants. | ) |

**O R D E R**

On April 14, 2009, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 5). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that the plaintiff's motion to certify the case as a class action be and is hereby DENIED.

Done this the 11th day of May 2009.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE